WILBORN LAW OFFICE, P.C.
TIM WILBORN, Attorney at Law — OSB # 944644
twilborn@mindspring.com
P.O. Box 2768
Oregon City, OR 97045
Voice: (503) 632-1120
Fax: (503) 632-1198
  Attorney for Plaintiff

**FILED**
**MAR 1 9 2010**

# UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

**VALORIE LARSON,**

                                                    CV # 08-1487-KI

        Plaintiff,

vs.                                                 ORDER

**COMMISSIONER of Social Security,**

        Defendant.

_____

        Attorney fees in the amount of $4,540.00 are hereby awarded pursuant to the Equal Access

to Justice Act, 28 U.S.C. § 2412(d). The check shall be sent to Attorney Tim Wilborn's address:

P.O. Box 2768, Oregon City, OR 97045.


        DATED this 19 day of March, 2010.

                                        _____
                                        United States District Judge

Submitted on March 16, 2010 by:

s/ Tim Wilborn, OSB # 944644
(503) 632-1120
  Attorney for Plaintiff


ORDER - Page 1